## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHAEL G. MURPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PESTER MARKETING CO.,<br>WESTERN C-STORE HOLDINGS LP,<br>WESTERN C-STORE HOLDINGS II LP,<br>WESTERN KWIKSTOP HOLDINGS LP,<br><br>Defendants. | Case No. 19-cv-00498-MSK-SKC |

## **STIPULATION FOR DISMISSAL**

Plaintiff and Defendants, through their undersigned counsel, hereby stipulate that this action shall be dismissed, with prejudice, as between all parties.

Dated: April 16, 2020                                                       Respectfully Submitted,

| | |
|---|---|
| NYE, STIRLING, HALE & MILLER, LLP | SHERMAN & HOWARD LLC |
| By:  */s/  Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, PA 15243<br>Phone: (412) 857-5350 | By:   */s/ Brooke A. Colaizzi*<br>Brooke A. Colaizzi<br>bcolaizzi@shermanhoward.com<br>633 Seventeenth Street, Ste 3000<br>Denver, CO   80202<br>Phone: 303-299-8471 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

2

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 16th day of April, 2020.

                                          */s/ Benjamin J. Sweet*
                                          Benjamin J. Sweet